UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSCO HOLDING, LLC, et al.,<br><br>       Petitioner(s),<br><br>v.<br><br>DANCO HOLDING, LLC, et al.,<br><br>       Respondent(s). | 23 Civ. 8825 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On October 13, 2023, Respondents filed a letter asking the Court to so order a briefing schedule relevant to the Petitioners' petition, on request of all parties. *See* Dkt. No. 5. The same day, an order granted the parties' request. *See* Dkt. No. 6. The approved briefing schedule includes the right for Respondents to file a reply brief in further support of their cross-motion to vacate the underlying arbitral award by December 22, 2023. *See id.* No such reply was filed.

  It is hereby **ORDERED** that Respondents shall file any reply brief as soon as possible and no later than **January 5, 2024.** If no such reply is filed, the motions will be deemed fully briefed on the papers already submitted.

  SO ORDERED.

Dated: January 3, 2024
    New York, New York

                          DALE E. HO
                       United States District Judge