**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MOSCO HOLDING, LLC, et al.,

                Petitioners,

    -against-                                                            23 **CIVIL** 8825 (DEH)

                                                                                       **JUDGMENT**

DANCO HOLDING, LLC, et al.,

                Respondents.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 2, 2024, the cross-motion to vacate the Final Award is DENIED. Because the FAA requires that an arbitral award be confirmed unless it is vacated, see 9 U.S.C. § 9, Petitioners' petition to confirm is GRANTED and the Final Award is CONFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 2, 2024

                                                                         **RUBY J. KRAJICK**
                                                                         _____
                                                                          **Clerk of Court**

                                                   **BY:**      *K. Mango*

                                                                          _____
                                                                           **Deputy Clerk**